**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STACY PHILLIPS, LAWRENCE WILLIS, | ) | |
| ELI NEGRON III, CHRISTIAN PAPANA, | ) | |
| JASON VAN GENDEREN, | ) | |
| MARK HOLLINGSWORTH and | ) | |
| JEFFREY G. HEINTZ, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No.: 23-00251 MN |
| | ) | |
| v. | ) | |
| | ) | |
| FCA US LLC, and STELLANTIS, N.V., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FCA US LLC'S MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant FCA US LLC hereby moves this Court to dismiss Plaintiffs' Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6) and (f). The grounds for the Motion are set forth in the supporting Memorandum of Law, which is submitted herewith.

Dated:  June 19, 2023

Respectfully submitted,

CLARK HILL PLC

*/s/ Margaret M. DiBianca*
Margaret M. DiBianca, Esq. (No. 4539)
824 N. Market Street, Ste. 710
Wilmington, DE  19801
Telephone:  (302) 250-4748
Email:  mdibianca@clarkhill.com

*Attorneys for Defendant FCA US LLC*