EXCLUSIVE CONTENT | FEATURED | NEWS | SUV

# 2021 DODGE DURANGO HELLCAT WILL ONLY BE MADE FOR SIX MONTHS

This Timeline Also Gives Us A Major Clue Of The Launch Schedule For The 2021 Jeep Grand Cherokee



by **Manoli Katakis** July 10, 2020, 2:13 pm



1



X

A week ago, Dodge pulled the sheet off of its 2021 model year lineup, shedding the pedestrian Journey crossover and Grand Caravan minivan in exchange for a duo of fire breathing muscle cars and a massively powerful SUV. Of course, we're talking about 2021 Dodge Challenger Super Stock, 2021 Dodge Charger Hellcat Redeye, and 2021 Dodge Durango Hellcat.





Menu




DODGE 4.7 ENGINE – SPECS, COMMON PROBLEMS, AND MORE.

The latter of the three was once reported to be a limited-run, serialized offering. Kuniskis claims that's not the case. Although, perhaps not for reasons you might think.

"(The Durango Hellcat) is not limited, not serialized like what we do with (Dodge Demon), but we're only building them for six months," said Kuniskis. "With all of the changes we made in the plant to come back up (to production) post-COVID with the sequencing and spacing in the plant, it's changed the number we can build… I don't have an actual number but it will be less than 2,000. I don't how much less than 2,000. It will be determined by customer demand and how much we can build in that six-month period."

X

Dodge

Like the rest of the industry, the COVID-19 pandemic seems to have heavily disrupted the plans for the refreshed Durango, and for collectors, that will likely make the SUV all the more desirable. But besides the COVID-19 pandemic, regulatory issues are also a major headwind for the Durango SRT Hellcat.

“When we switch to ’22 model year, there’s new evaporative emission requirements that come in that the Hellcat engine does not meet in that platform,” said Kuniskis. “And with the change in platforms for the next generation (WL) Jeep Grand Cherokee, it’s a one year cycle (for Durango Hellcat).”

X

Kuniskis also clarified that this does not endanger the Dodge Charger or Challenger Hellcat models beyond the 2021 model year. That being said, the LX Platform Charger and Challenger are still likely reaching the end of their product life cycles. After 2023, they could begin life anew on a worked-over version of the Alfa Romeo Giorgio platform.

Production of the 2021 Dodge Durango Hellcat will begin at the beginning of 2021. Kuniskis also pointed out that the one model year run of the Dodge Durango Hellcat does not imply the end of the product lifecycle for the SUV.

“Durango continues on completely uninterrupted,” he said.

Orders for the 2021 Dodge Durango begin in Q4 2020, with assembly and deliveries beginning early next year.

X

### Written by Manoli Katakis

Muscle Cars & Trucks was founded by Manoli Katakis - an automotive media veteran that has been covering the latest car news since 2009. His journalism has uncovered dozens of major product changes, updates, plans, and cancellations long before automakers were ready to make things official.

Some highlights over the years of his reporting include the uncovering of the Zora trademark before anybody else reported on the coming of a mid-engine Corvette, as well as the dead-accurate reporting of the coming of the Chevrolet Colorado ZR2, two years before it hit the market, and even before the debut of the concept vehicle. This type of reporting has immediately continued here, with reports of the original seventh-generation Camaro plans being shelved, as well as what's in store for the Chevrolet Silverado.

Some of his work can be found on massive automotive media outlets, such as Motor1. He also has been a guest on the 910AM Radio Station with Detroit News auto critic Henry Payne, as well as the enthusiast-oriented Camaro Show podcast.

Over the years, Manoli has interviewed various automotive industry titans, leaders, and people that make things happen otherwise. These include figureheads such as GM CEO Mary Barra, GM President Mark Reuss, automotive aftermarket icon Ken Lingenfelter, Dodge firebrand Tim Kuniskis, along with various chief engineers of vehicles such as the Ford F-150 & Mustang, Chevrolet Camaro & Corvette, and many more.

At MC&T, Manoli is taking his journalism expertise, deeply planted sources, driving abilities, and automotive industry knowledge to new levels, covering more vehicles and brands than ever before. This is the place where you will continue to read groundbreaking stories about American performance vehicles, pickup trucks, and sport utility vehicles. Here is where you'll also read insights and quotes from various automotive subject matter experts on the latest relevant products, as well as some of the latest official news from their manufacturers.

Fun facts: he also once beat Corvette Racing driver Tommy Milner in an autocross with a Chevrolet Bolt EV. The biggest vehicle he's ever driven is a John Deere mining truck. Besides a go-kart, the smallest vehicle he's driven has been a Hyundai i10. He's also spent time in the cockpit of various American performance vehicle icons, including the fifth-generation Chevrolet Camaro Z/28, Dodge Challenger Demon, and Ford Mustang GT350R. He has reviewed dozens of trucks, SUVs, and performance vehicles over the years.

One of his favorite new vehicles on the market today happens to be the Chevrolet Colorado ZR2 Bison. He is also a card carrying member of the Sports Car Club of America, and regularly participates in Detroit Region autocross events.

X

## One Comment

## One Ping

Pingback:Yammine: Dodge Durango SRT Hellcat: único en su especie gracias a su V8 de 720 CV – Yammine Venezuela



report this ad

X