# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC and STELLANTIS, N.V.,<br><br>Defendants. | C.A. No.: 23-00251 MN<br><br>**DEMAND FOR JURY TRIAL** |

## STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATIONS FOR ANSWERING AND REPLY BRIEFS

WHEREAS, on March 8, 2023, Plaintiffs filed a Class Action Complaint against Defendants; and

WHEREAS, on June 19, 2023, Defendant FCA US LLC ("Defendant") filed its Motion to Dismiss Plaintiffs' Class Action Complaint (the "Motion to Dismiss") (D.I. 11) and its Opening Brief in Support of the Motion to Dismiss (D.I. 12);

WHEREAS, Plaintiffs have requested a 5 page extension of the 20 page limitation in D.Del. Local Rule 7.1.3(a)(4) for Plaintiff's Answering Brief (25 pages total) so that Plaintiff may address each of the arguments raised in the Motion to Dismiss;

WHEREAS, Defendant agrees to the requested page limit extension and the parties have also agreed to a 5 page extension (15 pages total) for Defendant's Reply Brief.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO, by the parties, through their undersigned counsel, and subject to the approval of the Court, that:

1.  Plaintiffs may file an Answering Brief in Opposition to the Motion to Dismiss not to exceed 25 pages; and

2.  Defendant may file a Reply Brief in Further Support of the Motion to Dismiss not to exceed 15 pages.

| DELEEUW LAW LLC<br><br>/s/ P. Bradford deLeeuw<br>P. Bradford deLeeuw, Esq.<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>(302) 274-2180<br>brad@deleeuwlaw.com | CLARK HILL PLC<br><br>/s/ Margaret M. DiBianca<br>Margaret M. DiBianca, Esq. (No. 4539)<br>824 N. Market Street, Ste. 710<br>Wilmington, DE 19801<br>Telephone: (302) 250-4748<br>Email: mdibianca@clarkhill.com |
|---|---|
| Of Counsel: | Of Counsel: |
| KANTROWITZ, GOLDHAMER<br> & GRAIFMAN, P.C.<br><br>Gary S. Graifman, Esq., *admitted pro hac vice*<br>Melissa R. Emert, Esq., *admitted pro hac vice*<br>16 Squadron Boulevard, Suite 106<br>New City, New York 10956<br>Tel: (845) 356-2570<br>ggraifman@kgglaw.com<br>memert@kgglaw.com<br><br>MIGLIACCIO & RATHOD LLP<br><br>Nicholas A. Migliaccio, *admitted pro hac vice*<br>Jason S. Rathod, *admitted pro hac vice*<br>412 H St. NE, Suite 302<br>Washington D.C. 20002<br>(202) 470-3520<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com | CLARK HILL PLC<br><br>John E. Berg, Esq., *admitted pro hac vice*<br>(Detroit office)<br>(313) 965-8417<br>Jberg@clarkhill.com<br><br>David T. Graham, Esq., *admitted pro hac vice*<br>(Chicago office)<br>(312) 985-5945<br>dgraham@clarkhill.com<br><br>Jonathan Roffe, Esq., admitted *pro hac vice*<br>(Birmingham office)<br>(248) 530-9137<br>jroff@clarkhill.com<br><br>Magy Shenouda, Esq., admitted *pro hac vice*<br>(Birmingham office)<br>(248) 530-5889<br>mshenouda@clarkhill.com |

Dated: July 27, 2023

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Maryellen Noreika