IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC and STELLANTIS, N.V.,<br><br>Defendants. | C.A. No.: 23-00251 MN<br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STELLANTIS N.V. ONLY

**WHEREAS,** this matter was filed against Defendants FCA US LLC ("FCA") and STELLANTIS, N.V. ("Stellantis"); and

**WHEREAS,** pursuant to a Stipulated Tolling Agreement, the Plaintiffs have agreed to dismiss Stellantis, without prejudice;

**WHEREAS,** Stellantis has not filed an answer to the complaint or a motion for summary judgment as to these claims. Dismissal under Rule 41(1)(a)(i) is therefore appropriate.

**WHEREAS,** for the avoidance of doubt, all claims against FCA US LLC remain pending.

**NOW, THEREFORE,** Plaintiffs hereby dismiss Stellantis from this action without prejudice and without attorneys' fees or costs to any party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

|  | DELEEUW LAW LLC<br><br>*/s/ P. Bradford deLeeuw*<br>P. Bradford deLeeuw, Esq.(#3569)<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>(302) 274-2180<br>brad@deleeuwlaw.com |
|---|---|
| Of Counsel: |  |
| KANTROWITZ, GOLDHAMER<br> & GRAIFMAN, P.C.<br><br>Gary S. Graifman, Esq., *admitted pro hac vice*<br>Melissa R. Emert, Esq., *admitted pro hac vice*<br>16 Squadron Boulevard, Suite 106<br>New City, New York 10956<br>Tel: (845) 356-2570<br>ggraifman@kgglaw.com<br>memert@kgglaw.com<br><br>MIGLIACCIO & RATHOD LLP<br><br>Nicholas A. Migliaccio<br>Jason S. Rathod<br>412 H St. NE, Suite 302<br>Washington D.C. 20002<br>(202) 470-3520<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com |  |

Dated: July 27, 2023