## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR., <br><br>      Plaintiffs,<br><br>v.<br><br>FCA US LLC, and STELLANTIS, N.V.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 23-00251 JLH<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT FCA US LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Defendant FCA US LLC, by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, provides this Corporate Disclosure Statement, and certifies the following are its related entities, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of FCA US LLC's stock, and other identifiable legal entities related to FCA US LLC:

  1. FCA US LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, MI. It is not publicly owned. FCA North America Holdings LLC is 100% owned by FCA Foreign Sales Holdco Ltd. a company organized under the laws of the United Kingdom with its registered office in England and Wales. FCA Foreign Sales Holdco Ltd. is 100% owned by SFS UK1 Limited, a company organized under the laws of the United Kingdom with its registered office in England and Wales. SFS UK1 Limited is 100% owned by Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.) (NYSE: STLA), a publicly traded company organized under the laws of the Netherlands with its principal place of business in the Netherlands.

2. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| *~of counsel~* | CLARK HILL PLC |
| CLARK HILL PLC | */s/ Margaret M. DiBianca* |
| | Margaret M. DiBianca, Esq. (No. 4539) |
| John E. Berg, Esq., *admitted pro hac vice* | 824 N. Market Street, Ste. 710 |
| 500 Woodward Ave, Suite 3500 | Wilmington, DE  19801 |
| Detroit, MI 48226 | Telephone:  (302) 250-4748 |
| (313) 965-8417 | Email:  mdibianca@clarkhill.com |
| Jberg@clarkhill.com | |

Daniel T. Graham, Esq., *admitted pro hac vice*
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

Jonathan Roffe, Esq., *admitted pro hac vice*
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
(248) 530-9137
jroffe@clarkhill.com

Magy Shenouda, Esq., *admitted pro hac vice*
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
(248) 530-5889
mshenouda@clarkhill.com

Dated:       February 8, 2024                                              *Attorneys for Defendant FCA US LLC*