## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHIILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendants. | Case No.: 1:23-cv-00251 |

### Joint Status Report and Proposed Extension of Order

1. The parties submit this joint status report to the Court pursuant to the Court's Oral Order dated September 23, 2024 (*see* ECF No. 22) (the "Order").

2. Pursuant to the Order, counsel for both parties met and conferred with each other and sought confirmation from their respective clients concerning how they would like to proceed with this Action.

3. Because Plaintiffs' Counsel has yet to receive confirmation from each of their clients concerning how they would like to proceed, the parties jointly request

an extension of the Order by fourteen (14) days to file a joint status report to the Court.

4.   Counsel is available at the convenience at the Court.

Respectfully submitted,

DELEEUW LAW LLC

*/s/ Peter Bradford deLeeuw*

Peter Bradford deLeeuw, Esq.
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.

Gary S. Graifman, Esq., *admitted pro hac vice*
135 Chestnut Ridge Rd Suite 200, Montvale, NJ 07645
(866) 971-0927
ggraifman@kgglaw.com

Melissa R. Emert, Esq., *admitted pro hac vice*
135 Chestnut Ridge Rd Suite 200, Montvale, NJ 07645
(866) 971-0927
memert@kgglaw.com

*Attorneys for Plaintiffs*

Dated:     September 30, 2024

CLARK HILL PLC

*/s/ Margaret M. DiBianca*

Margaret M. DiBianca, Esq. (No. 4539)
824 N. Market Street, Ste. 710
Wilmington, DE  19801
(302) 250-4748
mdibianca@clarkhill.com

Daniel T. Graham, Esq., *admitted pro hac vice*
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

Jonathan Roffe, Esq., *admitted pro hac vice*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-9137
jroffe@clarkhill.com

Magy Shenouda, Esq., *admitted pro hac vice*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-5889
mshenouda@clarkhill.com

*Attorneys for Defendant FCA US LLC*

Date:     September 30, 2024