## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHIILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br> v.<br><br>FCA US LLC,<br><br>    *Defendant.* | Case No.: 1:23-cv-00251 |

## **JOINT STATUS REPORT**

1. The parties submit this joint status report to the Court pursuant to the Court's Orders dated September 23, 2024, and September 30, 2024 (*see* ECF Nos. 22-23) (the "Orders").

2. Pursuant to the Orders, the parties first met and conferred on September 27, 2024, to determine if mediation would be beneficial to the parties to reach resolution of this matter.

3. Thereafter, Plaintiffs' counsel advised additional time was necessary to contact each of their respective clients.

4. On October 14, Defendant's counsel and Plaintiffs' counsel conferred and the parties mutually desire to attempt to resolve this matter through mediation with the assistance of the Court's Magistrate judge.

5. Counsel is available at the convenience at the Court to discuss the manner of the referral and the timing for the same.

Respectfully submitted,

| DELEEUW LAW LLC | CLARK HILL PLC |
|---|---|
| */s/ Peter Bradford deLeeuw* | */s/ Margaret M. DiBianca* |
| Peter Bradford deLeeuw<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>(302) 274-2180<br>brad@deleeuwlaw.com | Margaret M. DiBianca (#4539)<br>824 N. Market Street, Ste. 710<br>Wilmington, DE 19801<br>(302) 250-4748<br>mdibianca@clarkhill.com |
| KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.<br><br>Gary S. Graifman, admitted *PHV*<br>135 Chestnut Ridge Rd #200<br>Montvale, NJ 07645<br>(866) 971-0927<br>ggraifman@kgglaw.com | Daniel T. Graham, admitted *PHV*<br>130 E. Randolph St., Suite 3900<br>Chicago, IL 60601<br>(312) 985-5945<br>dgraham@clarkhill.com |
| Melissa R. Emert, admitted *PHV*<br>135 Chestnut Ridge Rd #200<br>Montvale, NJ 07645<br>(866) 971-0927<br>memert@kgglaw.com | Jonathan Roffe, admitted *PHV*<br>220 Park St., 2nd Fl.<br>Birmingham, MI 48009<br>(248) 530-9137<br>jroffe@clarkhill.com |
| | Magy Shenouda, admitted *PHV*<br>220 Park St., 2nd Fl.<br>Birmingham, MI 48009<br>(248) 530-5889<br>mshenouda@clarkhill.com |
| *Attorneys for Plaintiffs*<br>Dated: October 15, 2024 | *Attorneys for Defendant FCA US LLC* |