## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY PHILLIPS, LAWRENCE WILLIS, ELI NEGRON, III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH, and JEFFREY G. HEINTZ, SR., on behalf of all others similarly situated.<br><br>    Plaintiffs,<br><br>  v.<br><br>FCA US LLC,<br><br>    Defendant. | Civil Action No. 23-cv-251-JLH |

### ORDER SCHEDULING ADR TELECONFERENCE

At Wilmington, Delaware, this **24th day of October 2024**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 4th, 2024, at 10:00 a.m.** with Magistrate Judge Burke to discuss: (1) the types of alternative dispute resolution procedures ("ADR") that are available in this case; and (2) how and to what extent the Court might assist the parties regarding ADR. **By no later than October 28, 2024, counsel shall jointly provide the Court's Courtroom Deputy, Ms. Grimes, with a dial-in number via email to use for the call.**

IT IS FURTHER ORDERED that counsel and the parties are required to review the attached "Teleconference Preparation Requirements" and that counsel should be prepared to discuss any item referenced in that document during the teleconference. Counsel and the parties shall also review the form "Order Governing Mediation Conferences and Mediation Statements" (a copy of which is posted under the "Forms" tab on Magistrate Judge Burke's

1

section of the Court's website); counsel should also be prepared to discuss this document during the teleconference. Counsel shall advise the Court during the teleconference of any proposed modifications to that Order.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE