## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

STACY PHIILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

FCA US LLC,

*Defendant.*

Case No.: 1:23-cv-00251 JLH

## JOINT STATUS REPORT

1.      Pursuant to the Court's Order dated January 7, 2025 (*see* ECF No. 30), the parties submit this joint status report to address the outcome of the mediation.

2.      On December 10, 2024, the parties engaged in mediation facilitated by Judge Burke. The parties were unable to reach a resolution of the dispute at mediation.

3.      Accordingly, the parties request that the Court take Defendant FCA US LLC's pending motion to dismiss (ECF Nos. 11-12, 17, 18), which was argued before the Court on September 23, 2024, under submission and issue an appropriate order.

Respectfully submitted,

DELEEUW LAW LLC

*/s/ Peter Bradford deLeeuw*

Peter Bradford deLeeuw (No. 3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.

Gary S. Graifman, admitted *PHV*
135 Chestnut Ridge Rd #200
Montvale, NJ 07645
(866) 971-0927
ggraifman@kgglaw.com

Melissa R. Emert, admitted *PHV*
135 Chestnut Ridge Rd #200
Montvale, NJ 07645
(866) 971-0927
memert@kgglaw.com

*Attorneys for Plaintiffs*

Dated:      January 9, 2025

CLARK HILL PLC

*/s/ Brian O'Neill*

Brian O'Neill (No. 6315)
824 N. Market Street, Ste. 710
Wilmington, DE  19801
(302) 250-4748
boniel@clarkhill.com

Daniel T. Graham, admitted *PHV*
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

Jonathan Roffe, admitted *PHV*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-9137
jroffe@clarkhill.com

Magy Shenouda, admitted *PHV*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-5889
mshenouda@clarkhill.com

*Attorneys for Defendant FCA US LLC*

Dated:      January 9, 2025

2