# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHIILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No.: 1:23-cv-00251-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 23, 2025, plaintiffs served Plaintiffs' First Set of Requests for Production of Documents to Defendant FCA US LLC upon the following counsel of record Via E-mail:

> Jonathan Roffe
> Daniel T. Graham
> Brian O'Neill
> CLARK HILL
> 220 Park Street, Suite 200
> Birmingham, MI 48009
> (248) 530-9137
> Jroffe@clarkhill.com
> dgraham@clarkhill.com
> boneill@clarkhill.com

Dated: June 24, 2025

/s/ *P. Bradford deLeeuw*
P. Bradford deLeeuw (DE Bar #3569)
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Counsel of Plaintiffs*

Of Counsel:

Gary S. Graifman, Esq.
Melissa R. Emert, Esq.
KANTROWITZ, GOLDHAMER
 & GRAIFMAN, P.C.
16 Squadron Boulevard, Suite 106
New City, New York 10956
Tel: (845) 356-2570
ggraifman@kgglaw.com
memert@kgglaw.com

MIGLIACCIO & RATHOD LLP

Nicholas A. Migliaccio
Jason S. Rathod
412 H St. NE, Suite 302
Washington D.C. 20002
(202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com