## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| STACY PHIILLIPS, LAWRENCE WILLIS, ELI NEGRON III, CHRISTIAN PAPANA, JASON VAN GENDEREN, MARK HOLLINGSWORTH and JEFFREY G. HEINTZ, SR. on behalf of themselves and all others similarly situated,<br><br>                *Plaintiffs,*<br><br>  v.<br><br>FCA US LLC,<br><br>                *Defendant.* | Case No.: 1:23-cv-00251 |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant FCA US LLC ("Defendant") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Whether a stay should be issued in this case pending resolution of Defendant's Rule 12(b)(1), (b)(6), and (f) Motion to Dismiss Plaintiffs' Class Action Complaint (D.E. 11-12) ("Motion").

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): **March 28, 2025** and **July 2, 2025**.

**Delaware Counsel:**

For Plaintiffs:
Brad deLeeuw
DELEEUW LAW LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
(302) 351-6905 (fax)
brad@deleeuwlaw.com

For Defendant:
Brian O'Neill
CLARK HILL PLC
824 N. Market St, Suite 710
Wilmington, DE 19801
302 250 4768 (office)
302 421 9439 (fax)
boneill@clarkhill.com

**Lead Counsel:**

For Plaintiffs:
Gary S. Graifman, admitted *PHV*
KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.
135 Chestnut Ridge Rd #200
Montvale, NJ 07645
(866) 971-0927
ggraifman@kgglaw.com

For Defendant:
CLARK HILL PLC
Daniel T. Graham, admitted *PHV*
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

Jonathan Roffe, admitted *PHV*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-9137
jroffe@clarkhill.com

The parties are available for a teleconference on the following dates and times:
- July 24, 2025,
- July 25, 2025 (9:00 am - 10:30 EST or 12:30 – 6:00 pm EST), or
- A date to be determined thereafter.

Respectfully submitted,

CLARK HILL PLC
*/s/ Brian O'Neill*
Brian O'Neill
824 N. Market Street, Ste. 710
Wilmington, DE 19801
(302) 250-4748
mdibianca@clarkhill.com

Daniel T. Graham, admitted *PHV*
130 E. Randolph St., Suite 3900
Chicago, IL 60601
(312) 985-5945
dgraham@clarkhill.com

Jonathan Roffe, admitted *PHV*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-9137
jroffe@clarkhill.com

Magy Shenouda, admitted *PHV*
220 Park St., 2nd Fl.
Birmingham, MI 48009
(248) 530-5889
mshenouda@clarkhill.com
*Attorneys for Defendant FCA US LLC*