# Exhibit 2

**From:** Roffe, Jonathan <jroffe@clarkhill.com>
**Sent:** Monday, March 24, 2025 12:39 PM
**To:** Gary Graifman <ggraifman@kgglaw.com>; Graham, Daniel T. <dgraham@ClarkHill.com>
**Cc:** Brad deLeeuw <brad@deleeuwlaw.com>; nmigliaccio@classlawdc.com; O'Neill, Brian <boneill@clarkhill.com>
**Subject:** RE: Phillips, et al. v. FCA US LLC, etc., 1:23-cv-00251

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Gary,

We are available to speak via Zoom/over the phone Wednesday (after 3 pm EST) or Friday (10 am-4 pm EST). Please let us know what works best for you.

Best,

**Jonathan Roffe**
Member
**Clark Hill**
220 Park Street, Suite 200, Birmingham, MI 48009
+1 248.530.9137 (office) | +1 516.382.5341 (cell)
Jroffe@clarkhill.com | www.clarkhill.com

**From:** Gary Graifman <ggraifman@kgglaw.com>
**Sent:** Friday, March 21, 2025 9:10 AM
**To:** Graham, Daniel T. <dgraham@ClarkHill.com>; Roffe, Jonathan <jroffe@clarkhill.com>
**Cc:** Brad deLeeuw <brad@deleeuwlaw.com>; nmigliaccio@classlawdc.com
**Subject:** Phillips, et al. v. FCA US LLC, etc., 1:23-cv-00251

> EXTERNAL EMAIL: The sender (ggraifman@kgglaw.com) is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

Dear Daniel and John:

Given the length of time it is likely to take the Court to determine the pending motion, we would like to convene the Rule 26(f) conference for the purpose of commencing limited discovery in the above matter.

Please advise if you are available to have a conference and please let us have some dates over the next two weeks that you would be available.

Regards,

GARY S. GRAIFMAN

GARY S. GRAIFMAN
**KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.**
135 CHESTNUT RIDGE ROAD, SUITE 200
MONTVALE, NJ 07645
T: 201-391-7000, X136 • www.kgglaw.com
F: 201-307-1086

---

16 SQUADRON DRIVE, SUITE 106
NEW CITY, NY 10956
T: 845-356-2570, X136 • www.kgglaw.com
F: 845-356-4335