# Exhibit 3

**From:** Gary Graifman
**Sent:** Monday, June 23, 2025 11:10 AM
**To:** Roffe, Jonathan <jroffe@clarkhill.com>; Graham, Daniel T. <dgraham@ClarkHill.com>
**Cc:** Brad deLeeuw <brad@deleeuwlaw.com>; nmigliaccio@classlawdc.com; O'Neill, Brian <boneill@clarkhill.com>
**Subject:** RE: Phillips, et al. v. FCA US LLC, etc., 1:23-cv-00251

Dear Daniel/Jonathan:

This follows up our March 28th Rule 26(f) Conference, at the conclusion of which, we indicated Plaintiffs intended to serve a limited set of Requests for Production, limited to certain issues. Attached please find that document, entitled *Plaintiffs' First Set of Requests for Production of Documents to Defendant FCA US, Ltd.*, which contain 18 categories for which production is sought.

Please review this and let us know if you want to discuss.

Regards,

GARY

GARY S. GRAIFMAN
**KANTROWITZ GOLDHAMER**
**& GRAIFMAN, P.C.**
135 CHESTNUT RIDGE ROAD, SUITE 200
MONTVALE, NJ 07645
T: 201-391-7000, X136 • www.kgglaw.com
F: 201-307-1086

_____

16 SQUADRON DRIVE, SUITE 106
NEW CITY, NY 10956
T: 845-356-2570, X136 • www.kgglaw.com
F: 845-356-4335